UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-22291-gmh |
| SUSIE MOORE, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**DEBTOR'S OBJECTION TO RENEWED MOTION TO DISMISS AS FILED BY TRUSTEE REBECCA GARCIA**

The debtor, Susie Moore, by her attorneys, Nickolai & Poletti, LLC, by Anton B. Nickolai, for his objection to the renewed Motion to Dismiss as filed by Trustee Rebecca Garcia on December 21, 2015, alleges and states as follows:

1. The debtor will forward copies of her 2014 tax returns to the trustee forthwith.

2. The debtor will file an amended plan to provide for any tax refunds amount owed, but not yet paid, to the trustee, as well as to address any feasibility issues.

3. Accordingly, it is the position of the debtors that the trustee's Motion to Dismiss should be denied.

Wherefore, the debtor hereby respectfully requests that this Court deny the trustee's motion and further request that this Court set a hearing on the matter.

Dated: January 11, 2016.

                                              Nickolai & Poletti, LLC
                                              Attorneys for Debtor

                                              /s/ Anton B. Nickolai
                                              By: Anton B. Nickolai

Drafted By: Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
Email: anton@nickolailaw.com